| | |
|---|---|
| 1<br>2<br>3<br>4 | NHAN T. VU, SBN 189508<br>nvu@willenken.com<br>WILLENKEN WILSON LOH & DELGADO, LLP<br>707 Wilshire Boulevard, Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-8024<br>Facsimile: (213) 955-9250 |
| 5<br>6 | Attorneys for Plaintiff<br>MATTHEW PHUNG |
| 7<br>8<br>9<br>10 | DOUGLAS H. ELLIOTT, Texas Bar #6535900<br>delliott@pqelaw.com<br>POLASEK, QUISENBERRY &<br>ERRINGTON,LLP<br>6750 West Loop South, Suite 920<br>Bellaire, Texas 77401<br>Telephone: (832) 485-3508<br>Facsimile: (832) 778-6010 |
| 11<br>12<br>13<br>14<br>15 | CHRISTOPHER L. PITET, SBN 196861<br>cpitet@grobatypitet.com<br>JACQUELINE A. TURNER, SBN 258796<br>jturner@grobatypitet.com<br>GROBATY & PITET LLP<br>100 Bayview Circle, Suite 210<br>Newport Beach, California 92660<br>Telephone: (949) 502-7755<br>Facsimile: (949) 502-7762 |
| 16<br>17 | Attorneys for Defendant,<br>THOMASKELY SOFTWARE ASSOCIATES, LP |

E-FILED 12/05/12

JS-6

**NOTE CHANGES MADE BY THE COURT.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW PHUNG,<br><br>          Plaintiff,<br><br>     v.<br><br>THOMASKELLY SOFTWARE<br>ASSOCIATES, LP, et al.,<br><br>          Defendants. | CASE NO. CV12-02692 PSG (JPRx)<br><br>HON. PHILIP S. GUTIERREZ<br><br>**STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT THOMASKELLY SOFTWARE ASSOCIATES, LP AND ENTIRE ACTION** ; ORDER<br><br>**[Fed. R. Civ. P. 41(a)(2)]** |

1
STIPULATION AND RQUEST FOR DISMISSAL

1 | Plaintiff Matthew Phung and Defendant ThomasKelly Software Associates,
2 | LP, ("ThomasKelly"), through their designated counsel, hereby stipulate that
3 | ThomasKelly shall be dismissed from the above-captioned action with prejudice,
4 | with each party to bear its own costs, attorneys' fees and court fees.  Because
5 | ThomasKelly is the only named defendant in this action, the parties further
6 | stipulate that the entire action may be dismissed and terminated.

Dated:  December 3, 2012

NHAN T. VU
WILLENKEN WILSON LOH & DELGADO, LLP

By: /s/   NHAN T. VU
        Nhan T. Vu

Attorneys for Plaintiff
Matthew Phung

Additional Counsel for Plaintiff Matthew Phung

Tina Locklear (SBN 206115)
Shirley Kong (SBN 252838)
Law Offices of Tina Locklear
One Park Plaza, Sixth Floor
Irvine, California  92614
Telephone: (714) 331-1014
Facsimile: (714) 283-4984

Dated:  December 3, 2012

DOUGLAS H. ELLIOTT
POLASEK, QUISENBERRY & ERRINGTON, LLP

By: /s/   DOUGLAS H. ELLIOTT
        Douglas H. Elliott

Attorneys for Defendant Thomaskelly Software Associates, LP

Dated: 12/05/12

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

2
STIPULATION AND REQUEST FOR DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action. My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017. A copy of the foregoing STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT THOMASKELLY SOFTWARE ASSOCIATES, LP AND ENTIRE ACTION was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated: December 3, 2012    WILLENKEN WILSON LOH & DELGADO, LLP

By:  */s Nhan T. Vu*
　　　Nhan T. Vu
　　　Attorneys for Plaintiff
　　　Matthew Phung