```
 1  NHAN T. VU, SBN 189508
    nvu@willenken.com
 2  WILLENKEN WILSON LOH & DELGADO, LLP
    707 Wilshire Boulevard, Suite 3850
 3  Los Angeles, California 90017
    Telephone: (213) 955-8024                E-FILED 12/05/12
 4  Facsimile: (213) 955-9250
                                             JS-6
 5  Attorneys for Plaintiff
    MATTHEW PHUNG                       NOTE CHANGES MADE BY THE COURT.
 6
    DOUGLAS H. ELLIOTT, Texas Bar #6535900
 7  delliott@pqelaw.com
    POLASEK, QUISENBERRY &
 8  ERRINGTON,LLP
    6750 West Loop South, Suite 920
 9  Bellaire, Texas 77401
    Telephone: (832) 485-3508
10  Facsimile: (832) 778-6010

11  CHRISTOPHER L. PITET, SBN 196861
    cpitet@grobatypitet.com
12  JACQUELINE A. TURNER, SBN 258796
    jturner@grobatypitet.com
13  GROBATY & PITET LLP
    100 Bayview Circle, Suite 210
14  Newport Beach, California 92660
    Telephone: (949) 502-7755
15  Facsimile: (949) 502-7762

16  Attorneys for Defendant,
    THOMASKELY SOFTWARE ASSOCIATES, LP
17
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW PHUNG, | CASE NO. CV12-02692 PSG (JPRx) |
| Plaintiff, | HON. PHILIP S. GUTIERREZ |
| v. | |
| THOMASKELLY SOFTWARE ASSOCIATES, LP, et al., | **STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT THOMASKELLY SOFTWARE ASSOCIATES, LP AND ENTIRE ACTION** ; ORDER |
| Defendants. | |
| | **[Fed. R. Civ. P. 41(a)(2)]** |

Plaintiff Matthew Phung and Defendant ThomasKelly Software Associates, LP, ("ThomasKelly"), through their designated counsel, hereby stipulate that ThomasKelly shall be dismissed from the above-captioned action with prejudice, with each party to bear its own costs, attorneys' fees and court fees. Because ThomasKelly is the only named defendant in this action, the parties further stipulate that the entire action may be dismissed and terminated.

Dated: December 3, 2012

NHAN T. VU
WILLENKEN WILSON LOH & DELGADO, LLP

By: /s/ NHAN T. VU
     Nhan T. Vu

Attorneys for Plaintiff
Matthew Phung

Additional Counsel for Plaintiff Matthew Phung

Tina Locklear (SBN 206115)
Shirley Kong (SBN 252838)
Law Offices of Tina Locklear
One Park Plaza, Sixth Floor
Irvine, California 92614
Telephone: (714) 331-1014
Facsimile: (714) 283-4984

Dated: December 3, 2012

DOUGLAS H. ELLIOTT
POLASEK, QUISENBERRY & ERRINGTON, LLP

By: /s/ DOUGLAS H. ELLIOTT
     Douglas H. Elliott

Attorneys for Defendant Thomaskelly Software Associates, LP

Dated: 12/05/12

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that I am over the age of 18 and am not a party to this action. My business address is 707 Wilshire Boulevard, Suite 3850, Los Angeles, CA 90017. A copy of the foregoing STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT THOMASKELLY SOFTWARE ASSOCIATES, LP AND ENTIRE ACTION was served on this date by electronically submitting a copy of the same on the District Court's website, CM/ECF system.

Dated: December 3, 2012        WILLENKEN WILSON LOH & DELGADO, LLP

                               By:   */s Nhan T. Vu*
                                     Nhan T. Vu
                                     Attorneys for Plaintiff
                                     Matthew Phung